

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00088-CV

———————————————

IN THE INTEREST OF K.D., A.D., AND M.D., CHILDREN

---

On Appeal from the 462nd District Court
Denton County, Texas
Trial Court No. 2013-30957-211

---

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On October 8, 2020, we notified Appellant that his brief had not been filed as the appellate rules require and warned that we could dismiss the appeal for want of prosecution unless Appellant filed an appellant's brief and an extension motion, reasonably explaining the delay. *See* Tex. R. App. P. 10.5(b), 38.6(a), 38.8(a)(1), 42.3, 44.3. We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal.[1] *See* Tex. R. App. P. 38.8(a)(1), 42.3, 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: November 19, 2020

---

[1]We note that this is not the first time we have dismissed this appeal based on Appellant's failure to comply with the appellate rules and this court's notices. On April 23, we dismissed the appeal based on Appellant's failure to pay the required filing fee after Appellant failed to respond to our dismissal warning. Twenty-five days later, Appellant submitted the filing fee and asked for the appeal to be reinstated. We granted the motion and withdrew our dismissal opinion on July 1. Now four months later, we are in the same position. Should Appellant follow suit and file a brief after his appeal has been dismissed, we will not view reinstatement as favorably as we did in July.